DAVID GANELES, Appellant, v. MORRIS NEWMAN and Others, Doing Business under the Firm Name of NEWMAN & CHALKIN, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

MARY DUNBAR, Appellant, v. VICTOR E. GARTZ, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

ZENGENDAL REALTY COMPANY, Appellant, v. JAMES W. SIMS, Respondent. — Order affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

BIRD S. COLER, Commissioner of Public Welfare of the City of New York, on Complaint of MARION CONTANT, Respondent, v. THOMAS DINEEN, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

RICHARD CRONIN, Respondent, v. CABOT REAL ESTATE COMPANY, Appellant.—Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELLEN BULLEN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN CLARK, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

W. R. GRACE & COMPANY, Respondent, v. NATHAN YOHALEM and Another, Individually and as Copartners Trading under the Firm Name and Style of YOHALEM & DIAMOND, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

THE HOTEL REGISTER COMPANY OF NEW YORK, Appellant, v. CHARLES E. GEHRING, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

HUYLER'S, Appellant, v. BROADWAY-JOHN STREET CORPORATION, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

ROBERT M. SILVERMAN v. J. HERBERT WARE and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of L. HARDING ROGERS v. YALE CLUB OF NEW YORK CITY. — Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

DAVID W. MYERS v. HAZEL A. MYERS, an Infant.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.